IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**EDDIE WILLIAMS**                                                                  **PLAINTIFF**

v.                                          No. 5:10-cv-211-DPM

**DELTA NATURAL KRAFT, LLC; PAPER,
ALLIED-INDUSTRIAL, CHEMICAL &
ENERGY WORKERS INTERNATIONAL
UNION; LOCAL 5-935 PAPER ALLIED
INDUSTRIAL CHEMICAL & ENERGY
WORKERS INTERNATIONAL UNION;
and LOCAL 5-936 PAPER ALLIED
INDUSTRIAL CHEMICAL & ENERGY
WORKERS INTERNATIONAL UNION**                            **DEFENDANTS**

ORDER

Joint motion to dismiss, *Document No. 82*, granted. Eddie Williams's amended complaint, *Document No. 21*, is dismissed with prejudice.

So Ordered.

*[signature]*

D.P. Marshall Jr.
United States District Judge

11 July 2012